Barbara A. Lawless - Bar # 53195
Emily S. McGrath - Bar # 289624
LAWLESS, LAWLESS & McGRATH
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 391-7555
Facsimile: (415) 391-4228
E-mails: blawless@lawlesssf.com
emcgrath@lawlesssf.com

Attorneys for Plaintiff
CHRISTIAN ELEBIARY


Joshua J. Cliffe, Bar No. 215390
jcliffe@littler.com
Heather Lanyi, Bar No. 341790
hlanyi@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:    415.433.1940
Fax No.:       415.399.8490

Attorneys for Defendants
PEGASYSTEMS INC. AND CHAD DAIGLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN ELEBIARY, <br><br> Plaintiff, <br><br> v. <br><br> PEGASYSTEMS INC., CHAD DAIGLE, and DOES ONE through THIRTY, inclusive, <br><br> Defendants. | Case No. 3:22-cv-06796-WHO <br><br> **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE; AND [PROPOSED] ORDER** <br><br> ASSIGNED FOR ALL PURPOSES TO JUDGE WILLIAM H. ORRICK |

1  IT IS HEREBY STIPULATED, by and between Plaintiff CHRISTIAN ELEBIARY, and Defendants
2  PEGASYSTEMS INC. and CHAD DAIGLE, by and through their attorneys of record, that this
3  action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of
4  the Federal Rules of Civil Procedure.  Each Party shall bear their own attorneys' fees and costs.

5  The Parties further stipulate and request that all dates set in this matter be vacated and taken
6  off the Court's calendar.

7  The Parties seek the Court's approval of the dismissal of the action with prejudice.
8  **IT IS SO STIPULATED**.

10  Dated: July 10 , 2023                                              Respectfully submitted,

12                                                                          */s/  Emily McGrath*
                                                                            Barbara A. Lawless
13                                                                          Emily McGrath

14                                                                          LAWLESS, LAWLESS & MCGRATH
                                                                            Attorneys for Plaintiff

16  Dated: July 14 , 2023                                              Respectfully submitted,

18                                                                          */s/  Heather Lanyi*
                                                                            Joshua J. Cliffe
19                                                                          Heather Lanyi

20                                                                          LITTLER MENDELSON
                                                                            Attorneys for Defendants
21                                                                          PEGASYSTEMS INC. AND CHAD DAIGLE

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT** the Parties' stipulation to dismiss Plaintiff CHRISTIAN ELEBIARY's action with prejudice is GRANTED.

**IT IS SO ORDERED.**

Dated: July 17, 2023

_____
Hon. Judge William H. Orrick
United States District Court Judge